United States District Court
Southern District of Texas
**ENTERED**
July 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERSAN JOSUE CABRERA ALVAREZ, *et al.*, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00557 |
| | § | |
| RAYMOND THOMPSON, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**FINAL JUDGMENT**

In an Order issued simultaneously with this Final Judgment, the Court vacated the Order Granting the Petition for Writ of Habeas Corpus (Doc. #13).

It is ORDERED that this action is DISMISSED as MOOT. This is a final judgment that disposes of all claims and parties. The Clerk is DIRECTED to CLOSE this case.

It is so ORDERED.

JUL 14 2026
Date

The Honorable Alfred H. Bennett
United States District Judge